WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Kimberly A. Havlin
Elizabeth Feld
Rashida J. Adams
*Counsel to HNA Training Center NY LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ZVG @ PALISADES LLC, | ) Case No. 19-45511 (CEC) |
| Debtor. | ) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )SS: |
| COUNTY OF NEW YORK | ) |

I, Katelynn Pan, being duly sworn, depose and say that:

1.  I am a legal assistant employed by White & Case LLP at 1221 Avenue of the Americas, New York, New York 10020. I am over the age of twenty-one years and not a party to the above-captioned proceeding.

2.  On November 5, 2019, I caused the following document be served, on behalf of HNA Training Center NY LLC, on those identified on the service list attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C** via the methods specified therein:

***Docket Entry 21:*** *HNA Training Center NY LLC's Response and Limited Objection to Debtor's Motion for Authorization to Assume Contract to Purchase Real Property and Obtain Related Financing*

Dated:  New York, New York
November 5, 2019

                                                                  */s/ Katelynn Pan*_____
                                                                    Katelynn Pan

Sworn to and subscribed before me this 5th day of November, 2019, by Katelynn Pan, who is personally known to me.

*/s/ Olivia M. Luciani*_____
Notary Public, State of New York
No. 01LU6385733
Qualified in New York County
Commission Expires January 14, 2023

# EXHIBIT A
## (VIA ELECTRONIC MAIL)

| | |
|---|---|
| Counsel to Debtors | J Ted Donovan; J Strauss; Kevin J Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>(212)-221-5700<br>Fax : (212)-422-6836<br>Tdonovan@gwfglaw.com;<br>jstrauss@gwfglaw.com;<br>KNash@gwfglaw.com |
| Counsel to Buyer | Neil Fink<br>Fink and Zelmanovitz, P.C.<br>3839 Flatlands Ave, Suite 206<br>Brooklyn, NY 11234-3533<br>neil@fzpclaw.com |
| U.S. Trustee | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>(212) 510-0500<br>USTPRegion02.BR.ECF@usdoj.gov |

# EXHIBIT B
## (VIA FIRST CLASS MAIL)

| | |
|---|---|
| ZVG @ Palisades LLC<br>2571 East 17th Street<br>Brooklyn, NY 11235-3515 | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1801 |
| Architectura<br>1 Executive Dr<br>Fort Lee, NJ 07024-3316 | Ephraim Vashovsky<br>2571 E 17th St.<br>Brooklyn, NY 11235-3515 |
| Fink and Zelmanovitz<br>3839 Flatlands Ave<br>Brooklyn, NY 11234-3533 | HNA Training Center NY LLC<br>1180 Avenue of the Americas Ste 1810<br>New York, NY 10036-8401 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Koze Investments LLC<br>327 N Formosa Ave<br>Los Angeles, CA 90036-2526 |
| LW Hospitality Advisors<br>200 W 41st St<br>New York, NY 10036-7214 | Madison Title Company<br>1125 Ocean Ave<br>Lakewood, NJ 08701-4577 |
| Meet Hospitality<br>466 Broome St<br>New York, NY 10013-0678 | Noble Senior Services<br>48 Pavilion Ave<br>Long Branch, NJ 07740-6413 |
| Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-4811 | PMD Advisory Services<br>1810 Sanctuary Place Dr<br>Hebron, KY 41048-7162 |
| Pennoni<br>515 Grove St<br>Haddon Heights, NJ 08035-1734 | Premier Corporate Services<br>560 Hudson St<br>Hackensack, NJ 07601-6638 |
| Vanderbilt<br>Appraisal Company<br>200 W 41st<br>New York, NY 10036-7209 | Vasco Ventures LLC<br>2571 E. 17th St.<br>Brooklyn, NY 11235-3515 |
| Weingarten Weiderkehr<br>1 N Lexington Ave<br>White Plains, NY 10601-1712 | Ilya Brodsky<br>2571 E 17th St.<br>Brooklyn, NY 11235-3515 |
| J Ted Donovan<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036-5600 | Kevin J. Nash, Esq.<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036-5600 |
| Neil Fink<br>Fink and Zelmanovitz, P.C.<br>3839 Flatlands Ave, Suite 206<br>Brooklyn, NY 11234-3533 | |

**EXHIBIT C**
**(VIA HAND DELIVERY)**

| | |
|---|---|
| Judge Carla E. Craig<br>U.S. Bankruptcy Court, EDNY<br>Conrad B. Duberstein Courthouse<br>271-C Cadman Plaza East - Suite 1595<br>Brooklyn, NY 11201-1800 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-4811 |